# General Docket
## United States Court of Appeals for District of Columbia Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 24–1166<br>CTIA – The Wireless Association v. FCC, et al<br>**Appeal From:** Federal Communications Commission<br>**Fee Status:** Fee Paid | **Docketed:** 05/29/2024<br>**Termed:** 06/07/2024 |

**Case Type Information:**
  **1)** Petition for Review
  **2)** Review
  **3)**

**Originating Court Information:**
  **District:** FCC–1 : FCC–23–320

  **District:** FCC–1 : FCC–17–108

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidation | | | | |
| | 24–1162 | 24–1166 | 05/31/2024 | |
| | 24–1162 | 24–1168 | 06/03/2024 | |
| | 24–1162 | 24–1169 | 06/03/2024 | |
| Pend. Consolidation | | | | |
| | 24–1162 | 24–1166 | 05/31/2024 | 05/31/2024 |
| | 24–1162 | 24–1168 | 06/03/2024 | 06/03/2024 |
| | 24–1162 | 24–1169 | 06/03/2024 | 06/03/2024 |

**Panel Assignment:**    Not available

| | |
|---|---|
| CTIA – The Wireless Association<br>                Petitioner | Helgi C. Walker, Attorney<br>Email: hwalker@gibsondunn.com<br>[COR LD NTC Retained]<br>Gibson, Dunn & Crutcher LLP<br>Firm: 202–955–8500<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036–5306<br><br>Russell Bernard Balikian<br>Direct: 202–955–8535<br>Email: RBalikian@gibsondunn.com<br>Fax: 202–530–9542<br>[COR NTC Retained]<br>Gibson, Dunn & Crutcher LLP<br>Firm: 202–955–8500<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036–5306<br><br>Jonathan Charles Bond<br>Direct: 202–887–3704<br>Email: jbond@gibsondunn.com<br>Fax: 202–530–9603<br>[COR NTC Retained]<br>Gibson, Dunn & Crutcher LLP<br>Firm: 202–955–8500<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036–5306<br><br>Max Elias Schulman<br>Direct: 202–777–9550<br>Email: mschulman@gibsondunn.com<br>Fax: 202–467–0539<br>[COR NTC Retained]<br>Gibson, Dunn & Crutcher LLP<br>Firm: 202–955–8500<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036–5306<br><br>Nathaniel J. Tisa, Attorney<br>Direct: 202–887–3570<br>Email: ntisa@gibsondunn.com<br>[COR NTC Retained]<br>Gibson, Dunn & Crutcher LLP<br>Firm: 202–955–8500<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036–5306 |
|        v. | |
| Federal Communications Commission<br>                   Respondent | Scott Matthew Noveck, Counsel<br>Direct: 202–418–7294<br>Email: scott.noveck@fcc.gov |

Fax: 202–418–7540  
[COR LD NTC Gvt US Agency]  
Federal Communications Commission  
(FCC) Office of General Counsel  
Firm: 202–418–1720  
45 L Street, NE  
Washington, DC 20554–0004  

Sarah Elizabeth Citrin  
Direct: 202–418–1537  
Email: sarah.citrin@fcc.gov  
[COR NTC Retained]  
Federal Communications Commission  
(FCC) Office of General Counsel  
8th Floor  
Firm: 202–418–1720  
45 L Street, NE  
Washington, DC 20554–0004  

Jacob M. Lewis, Associate General Counsel  
Direct: 202–418–1767  
Email: jacob.lewis@fcc.gov  
Fax: 202–418–2819  
[COR NTC Gvt US Agency]  
Federal Communications Commission  
(FCC) Office of General Counsel  
Firm: 202–418–1720  
45 L Street, NE  
Washington, DC 20554–0004  

United States of America  
        Respondent

CTIA – The Wireless Association,

        Petitioner

   v.

Federal Communications Commission; United States of America,

        Respondents

| | | |
|---|---|---|
| 05/29/2024 | | PETITION FOR REVIEW CASE docketed. [24–1166] [Entered: 05/31/2024 03:27 PM] |
| 05/29/2024 | 📄 | PETITION FOR REVIEW [2057336] of a decision by federal agency filed by CTIA – The Wireless Association [Service Date: 05/29/2024 ] Disclosure Statement: Attached. [24–1166] [Entered: 05/31/2024 03:28 PM] |
| 05/31/2024 | 📄 | CERTIFIED COPY [2057339] of Petition for Review sent to respondent [2057336–2] [24–1166] [Entered: 05/31/2024 03:29 PM] |
| 05/31/2024 | 📄 | CLERK'S ORDER [2057345] filed consolidating cases 24–1166 (Consolidation started 05/31/2024) with 24–1162; directing party to file in 24–1166 initial submissions: PETITIONER docketing statement due 07/01/2024. PETITIONER statement of issues due 07/01/2024 [24–1162, 24–1166] [Entered: 05/31/2024 03:34 PM] |
| 06/03/2024 | 📄 | CLERK'S ORDER [2057492] filed consolidating cases 24–1168 (Consolidation started 06/03/2024) with 24–1162; directing party to file in 24–1168 initial submissions: PETITIONER docketing statement due 07/03/2024. PETITIONER statement of issues due 07/03/2024 [24–1162, 24–1166, 24–1168] [Entered: 06/03/2024 11:38 AM] |
| 06/03/2024 | 📄 | CLERK'S ORDER [2057528] filed consolidating cases 24–1169 (Consolidation started 06/03/2024) with 24–1162; directing party to file in 24–1169 initial submissions: PETITIONER docketing statement due 07/03/2024. PETITIONER statement of issues due 07/03/2024 [24–1162, 24–1166, 24–1168, 24–1169] [Entered: 06/03/2024 12:13 PM] |
| 06/05/2024 | 📄 | LETTER [2057927] concerning Multidistrict Litigation filed by FCC in 24–1162, 24–1166, 24–1168, 24–1169 [Service Date: 06/05/2024 ] [24–1162, 24–1166, 24–1168, 24–1169] (Noveck, Scott) [Entered: 06/05/2024 12:03 AM] |
| 06/06/2024 | 📄 | NOTICE [2058227] received from the Clerk of the U.S. Judicial Panel on Multidistrict Litigation transmitting consolidation order in MCP No. 185. [24–1162, 24–1166, 24–1168, 24–1169] [Entered: 06/06/2024 02:26 PM] |
| 06/07/2024 | 📄 | CLERK'S ORDER [2058447] filed considering notice [2058227–2], and transferring cases to the U.S. Court of Appeals for the Sixth Circuit. No mandate shall issue. [24–1162, 24–1166, 24–1168, 24–1169] [Entered: 06/07/2024 02:02 PM] |